IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DILLON S. MCCONNELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:11-CV-03100-BCW |
| USWA LOCAL 11-770, | ) ) ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY ORDERED pursuant to Fed. R. Civ. P. 41 and the parties' Stipulation for Dismissal (Doc. #91), the above-entitled matter including all claims and counterclaims is dismissed with prejudice, with each party to bear its own costs. It is

ORDERED the matter is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.


DATED: November 20, 2012

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT

1